UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

LYTON LYNHIAVUE, et. al.,

        Defendants.
_____/

No. Civ. S-09-1332 FCD KJM

**O R D E R**

    Defendant in this matter, LYTON LYNHIAVUE, is appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Kimberly J. Mueller for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-09-1332 FCD KJM PS**. The Clerk shall issue an Initial Scheduling Order for Magistrate Judge Kimberly J. Mueller.

DATED: August 4, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE