SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>LYTOU LYNHIAVUE, et. al.,<br><br>Defendants. | Case No.: CIV.S 09-01332-FCD-KJM PS<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF YERXIONG LYNHIAVUE; SILVIA MAOKHAMPHIOY; ORDER**<br><br>Complaint Filed:  MAY 14, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Yerxiong Lynhiavue; Silvia Maokhamphioy) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

Dated: December 11, 2009                     /s/Scott N. Johnson_____
                                                                SCOTT N. JOHNSON
                                                                Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: December 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE